SEALED

FILED

MAY 24 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2 3 MJ  0 0 0 5 8 SKO |
| Plaintiff, | **UNDER SEAL** |
| v. | ORDER SEALING COMPLAINT |
| VICTOR ZERMENO ET AL | |
| Defendant. | |

The United States having applied to this Court for a complaint and arrest warrants in the above-captioned proceedings and having applied for the complaint and warrant to remain under seal in order to ensure the safety of the defendant and the government's ongoing investigation,

IT IS ORDERED that the complaint and arrested warrant filed in the above-entitled matter shall be filed with this Court under seal and not be disclosed pending further order of this court. Upon the defendant's initial appearance being scheduled, the government is ordered to provide copies of the sealed complaints to defendant's counsel.

Dated: May 24, 2023

_____
HONORABLE SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE

Order Sealing Complaint and Arrest Warrants

1