1  PHILLIP A. TALBERT
   United States Attorney
2  ANTONIO J. PATACA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,
11
           Plaintiff,
12
       v.
13
   (1)   VICTOR ZERMENO,
14 (2)   MATTHEW MENDEZ,
   (3)   MIGUEL BARRAGAN,
15 (4)   JOEY MAGADAN,
   (5)   JONATHAN MALDONADO,
16 (6)   EZEQUIEL GUZMAN,
   (7)   VICTOR DIAZ,
17 (8)   FRANCISCO DIAZ,
   (9)   EDUARDO AMEZCUA,
18 (10)  MICHAEL NERI,                1:23-MJ-0058-SKO
19 (11)  ALEJANDRO HAWKINS,
   (12)  FRANCISCO FERMAN,            ORDER TO UNSEAL
20 (13)  IVAN HERNANDEZ,
21
           Defendants.
22

23     Upon application of the United States of America and good cause having been shown,
24     IT IS HEREBY ORDERED that the Complaint and arrest warrants in the above-captioned
25 matters be, and are, hereby ordered unsealed.
26

27

28

   [PROPOSED] ORDER TO UNSEAL

Dated: _____May 25, 2023_____    _____/s/ Sheila K. Oberto_____
The Honorable Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE